A CERTIFIED TRUE COPY
DEC 21 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 22 PM 1:40

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-77)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,274 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
DEC 21 2006
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
JAN -8 2007
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee ___
___ Process ___
X   Dktd
___ CtRmDep
___ Doc. No.

PAGE 1 OF 3

## SCHEDULE CTO-77 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

SECT. L MAG. 3

| DIST. DIV. C.A. # | CASE CAPTION | Case Number EDLA |
|---|---|---|
| **CALIFORNIA EASTERN** | | |
| CAE  2  06-2512 | Alma Roque v. Merck & Co., Inc., et al. | 06-11277 |
| CAE  2  06-2516 | Crystal K. Smith, et al. v. Merck & Co., Inc., et al. | 06-11278 |
| CAE  2  06-2518 | Barbara Souza v. Merck & Co., Inc., et al. | 06-11279 |
| CAE  2  06-2520 | Regina Soria, et al. v. Merck & Co., Inc., et al. | 06-11280 |
| **CALIFORNIA NORTHERN** | | |
| CAN  3  06-6989 | Jack F. Kenny, et al. v. Merck & Co., Inc., et al. | 06-11281 |
| CAN  3  06-6990 | Helen A. Anderson v. Merck & Co., Inc., et al. | 06-11282 |
| CAN  3  06-6991 | Kim L. Thompson, et al. v. Merck & Co., Inc., et al. | 06-11283 |
| CAN  3  06-6993 | Anita Harris v. Merck & Co., Inc., et al. | 06-11284 |
| CAN  3  06-7005 | Gail Grunert v. Merck & Co., Inc. | 06-11285 |
| CAN  4  06-6992 | Dorothy M. White v. Merck & Co., Inc., et al. | 06-11286 |
| CAN  5  06-6988 | Chung Camino v. Merck & Co., Inc. | 06-11287 |
| **FLORIDA MIDDLE** | | |
| FLM  3  06-972 | Willow P. DeWitt v. Merck & Co., Inc. | 06-11288 |
| **IDAHO** | | |
| ID  2  06-454 | Patricia Brittenham v. Merck & Co., Inc. | 06-11289 |
| **ILLINOIS CENTRAL** | | |
| ILC  1  06-1281 | Cathy Jensen v. Wendy Gosnell, M.D., et al. | 06-11290 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  06-6151 | Marilyn S. Reimer v. Lee Lichtenberg, M.D., et al. | 06-11291 |
| ILN  3  06-50216 | David Stuart v. David Bruah, M.D., et al. | 06-11292 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS  3  06-870~~ | ~~Sharon Calaway v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~ILS  3  06-871~~ | ~~Wilma Hancock v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ILS  3  06-876 | Alma York v. Merck & Co., Inc. | 06-11293 |
| ~~ILS  3  06-882~~ | ~~Joyce M. Smith v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~ILS  3  06-883~~ | ~~Sandra Kay Lindsey v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ILS  3  06-889 | Fred Davis v. Merck & Co., Inc. | 06-11294 |
| ILS  3  06-893 | Frederick W. Shrader v. Merck & Co., Inc. | 06-11295 |
| ILS  3  06-894 | Wallace Smith v. Merck & Co., Inc. | 06-11296 |
| ~~ILS  3  06-896~~ | ~~Steven Strader v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ILS  3  06-899 | James Leroy Kohler v. Merck & Co., Inc. | 06-11297 |
| ILS  3  06-900 | Robert G. Wolfe v. Merck & Co., Inc. | 06-11298 |
| ILS  3  06-910 | Thomas S. Ferguson v. Merck & Co., Inc. | 06-11299 |
| ILS  3  06-916 | Jesse Lerma v. Merck & Co., Inc. | 06-11300 |
| ILS  3  06-917 | Edna P. King, et al. v. Merck & Co., Inc. | 06-11301 |
| ILS  3  06-920 | Diane Durbin v. Merck & Co., Inc. | 06-11302 |
| ILS  3  06-921 | Stephen Dusky v. Merck & Co., Inc. | 06-11303 |
| ILS  3  06-922 | Delores M. Scaturro v. Merck & Co., Inc. | 06-11304 |
| ILS  3  06-923 | Lawrence Paul Anderson v. Merck & Co., Inc. | 06-11305 |

SCHEDULE CTO-77 - TAG-ALONG ACTIONS (MDL-1657)                                    Page 2 of 3

**SECT. L MAG. 3**

| DIST. DIV. C.A. # | CASE CAPTION | Case Number EDLA |
|---|---|---|
| **INDIANA NORTHERN** | | |
| INN  2  06-372 | Curtis W. Jones v. Merck & Co., Inc. | 06-11306 |
| **MINNESOTA** | | |
| MN  0  06-4432 | John Franasiak, et al. v. Merck & Co., Inc., et al. | 06-11307 |
| MN  0  06-4465 | Gerald Lau, et al. v. Merck & Co., Inc. | 06-11308 |
| MN  0  06-4487 | Emily E. Barnes, et al. v. Merck & Co., Inc., et al. | 06-11309 |
| **MISSOURI WESTERN** | | |
| ~~MOW  4  06-934~~ | ~~Sammi Kimerer, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/21/06 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  5  06-149 | Rosie Joan Trahan, et al. v. Merck & Co., Inc., et al. | 06-11310 |
| **OHIO NORTHERN** | | |
| OHN  1  06-2586 | Ray Williams v. Merck & Co., Inc. | 06-11311 |
| OHN  1  06-2671 | Mary C. Barrett, etc. v. Merck & Co., Inc. | 06-11312 |
| OHN  1  06-2672 | Richard Mesrobian v. Merck & Co., Inc. | 06-11313 |
| **OKLAHOMA EASTERN** | | |
| OKE  6  06-485 | John Faulkenberry, et al. v. Merck & Co., Inc. | 06-11314 |
| **OKLAHOMA WESTERN** | | |
| OKW  5  06-1227 | Donald White, et al. v. Merck & Co., Inc. | 06-11315 |
| OKW  5  06-1234 | Carolyn Thomas v. Merck & Co., Inc. | 06-11316 |
| OKW  5  06-1235 | George Backstrom v. Merck & Co., Inc. | 06-11317 |
| OKW  5  06-1236 | Gary Dickinson v. Merck & Co., Inc. | 06-11318 |
| OKW  5  06-1237 | Ronald Hare v. Merck & Co., Inc. | 06-11319 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  06-4901 | Arnold Frumin, et al. v. Merck & Co., Inc., et al. | 06-11320 |
| PAE  2  06-4936 | Regina Hamilton v. Merck & Co., Inc. | 06-11321 |
| PAE  2  06-4937 | David A. Jones, et al. v. Merck & Co., Inc. | 06-11322 |
| PAE  2  06-4938 | Charles Laurino, et al. v. Merck & Co., Inc. | 06-11323 |
| PAE  2  06-4939 | Ollie Saunders v. Merck & Co., Inc. | 06-11324 |
| PAE  2  06-4940 | Gerald Turner, et al. v. Merck & Co., Inc. | 06-11325 |
| PAE  2  06-4941 | Rose Marie Burns, et al. v. Merck & Co., Inc. | 06-11326 |
| PAE  2  06-4942 | Willie Gilmore, et al. v. Merck & Co., Inc. | 06-11327 |
| PAE  2  06-4943 | Francine McBurney, et al. v. Merck & Co., Inc. | 06-11328 |
| PAE  2  06-4944 | Thomas Loveland, et al. v. Merck & Co., Inc. | 06-11329 |
| PAE  2  06-4945 | Roseanne Rockwell, et al. v. Merck & Co., Inc. | 06-11330 |
| **SOUTH CAROLINA** | | |
| SC  2  06-3127 | Lawrence Aljets, et al. v. Merck & Co., Inc. | 06-11331 |
| SC  4  06-3174 | Edna Deas v. Merck & Co., Inc. | 06-11332 |
| **TEXAS EASTERN** | | |
| TXE  5  06-260 | Lillian J. Adams, et al. v. Merck & Co., Inc., et al. | 06-11333 |

SCHEDULE CTO-77 - TAG-ALONG ACTIONS (MDL-1657)                                    Page 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION | Case Number EDLA |
|---|---|---|
| **TEXAS SOUTHERN** | | |
| ~~TXS 1 06-184~~ | ~~San Juanita Mares Lejia, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| TXS 2 06-491 | Rosalinda Trevino v. Merck & Co., Inc., et al. | 06-11334 |
| ~~TXS 2 06-494~~ | ~~Hortencia Garza, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~TXS 2 06-499~~ | ~~Pedro Hernandez v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| TXS 2 06-500 | Aladin H. Vela v. Merck & Co., Inc., et al. | 06-11335 |
| ~~TXS 2 06-501~~ | ~~David Vargas v. Merck & Co., Inc., et al.~~ | VACATED 12/19/06 |
| TXS 2 06-504 | Thomas Alviar v. Merck & Co., Inc., et al. | 06-11336 |
| TXS 2 06-505 | Jose Ortiz v. Merck & Co., Inc., et al. | 06-11337 |
| TXS 2 06-507 | Jesusa S. Martinez v. Merck & Co., Inc., et al. | 06-11338 |
| ~~TXS 2 06-510~~ | ~~Elda Del Bosque v. Merck & Co., Inc., et al.~~ | VACATED 12/19/06 |
| ~~TXS 6 06-114~~ | ~~Lynna J. Anderson, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~TXS 7 06-322~~ | ~~Francisca Villarreal, et al. v. Merck & Co., Inc.~~ | OPPOSED 12/20/06 |
| ~~TXS 7 06-336~~ | ~~Alonzo Rivas v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~TXS 7 06-337~~ | ~~Dora Hernandez v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~TXS 7 06-338~~ | ~~Julio Sierra v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~TXS 7 06-340~~ | ~~Javier Trevino v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~TXS 7 06-341~~ | ~~Marcelina Tijerina v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~TXS 7 06-344~~ | ~~Maria De Leon v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| **TEXAS WESTERN** | | |
| ~~TXW 1 06-865~~ | ~~Shirley Ison, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~TXW 1 06-901~~ | ~~Nathaniel Knight v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| TXW 2 06-89 | Frank Schmerber, et al. v. Merck & Co., Inc., et al. | 06-11339 |
| TXW 5 06-969 | Wilma L. Toney, etc. v. Merck & Co., Inc. | 06-11340 |

SECT. L MAG. 3